JEFFRIES BABB, Respondent, v. B. OAKLEY, Jr., and L. F. OAKLEY and JOHN DONALDSON, his Sureties, Appellants.

Where a party offered to surrender himself in discharge of his sureties: *held*, to be a good surrender, and a discharge of the sureties from all liability.

APPEAL from the Superior Court of San Francisco.

The defendants, L. F. Oakley and John Donaldson, were sureties on a bail bond for B. Oakley. Judgment was obtained against them in the Court below. It was in proof that B. Oakley had offered to surrender himself, in discharge of his sureties, to the Sheriff of the county, who refused to take him in custody.

*G. P. Fobes* for Appellants.

*Brosnan & Groat* for Respondent.

No briefs on file.

HEYDENFELDT, J., delivered the opinion of the Court.    MURRAY, C. J., concurred.

The offer of the defendant, Oakley, to surrender himself in discharge of his sureties, was a good surrender, and discharged them from all liability.

The judgment is reversed.